[No. 58503-7-I. Division One. June 18, 2007.]

PAMALA WAIAU, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-30344-1, Andrea A. Darvis, J., entered June 21, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 58528-2-I. Division One. June 18, 2007.]

THOMAS R. NEAL, *Appellant*, v. PORT OF SEATTLE FEDERAL CREDIT UNION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-22123-4, LeRoy McCullough, J., entered June 26, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker and Agid, JJ.

[No. 58541-0-I. Division One. June 18, 2007.]

MICHAEL BATCHELOR, *Appellant*, v. DAVE CASSELMAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-16755-6, George T. Mattson, J., entered May 19, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 58835-4-I. Division One. June 18, 2007.]

*In the Matter of the Marriage of* TAMMY L. BOYER, *Respondent*, and HAROLD F. CROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-3-01410-1, Bruce I. Weiss, J. Pro Tem., entered August 11, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.